# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAMON LASAO, *et al.*,

      Plaintiffs,

v.

BAC HOME LOAN SERVICING, LP, *et al.*,

      Defendants.

Case No. 2:10-CV-01864-KJD-LRL

**ORDER**

      Plaintiffs' complaint was filed in Nevada state court on September 24, 2010.  Plaintiffs asserted that a foreclosure sale was set for September 29, 2010.  On September 27, 2010, the state court judge set a hearing on Plaintiffs' motion for preliminary injunction and temporary restraining order for October 6, 2010.  Defendants assert that the summons and complaint were served on them on October 5, 2010.  Defendants filed their petition for removal on October 25, 2010.  The parties are hereby ordered to file a joint status report notifying the Court of the status of the foreclosure proceedings and the motions for temporary restraining order and preliminary injunction filed in state court, no later than Monday, November 1, 2010 at 5 p.m.

**IT IS SO ORDERED.**

      DATED this 28TH day of October 2010.


_____
Kent J. Dawson
United States District Judge