ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com
Email: steven.shevorski@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Defendants BAC Home Loans Servicing, LP, ReconTrust Company, N.A., Mortgage Electronic Registration Systems, Inc., and Aurora Loan Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAMON A. LASAO and JEPHENNEH R. BANEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>STEARNS LENDING INC., CARRIAGE ESCROW INC., BAC HOME LOANS SERVICING, LP, RECONTRUST COMPANY, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, AURORA LOAN SERVICES, and DOES I-X inclusive,<br><br>Defendants. | Case No.: 2:10-cv-01864-KJD-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs RAMON A. LASAO and JEPHENNEH R. BANEZ ("Plainitffs") and Defendant AURORA LOAN SERVICES, LLC ("Aurora"), hereby stipulate to the dismissal of Aurora with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

{LV020060;1}                         1

Each party shall bear their own attorney's fees and costs. The parties further stipulate to vacate all pending motions and hearings concerning Aurora.

DATED this 11th day of February, 2011.   DATED this 11th day of February, 2011.

**AKERMAN SENTERFITT LLP**

 /s/ Christine M. Parvan   /s/ Paul J. Adras
ARIEL E. STERN, ESQ.   PAUL J. ADRAS, ESQ.
Nevada Bar No. 8276   Nevada Bar No. 8350
STEVEN G. SHEVORSKI, ESQ.   RICHARD S. SMALL, ESQ.
Nevada Bar No. 8256   Nevada Bar No. 7183
CHRISTINE M. PARVAN, ESQ.   4532 W. Charleston Blvd.
Nevada Bar No. 10711   Las Vegas, Nevada 89102
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101   *Attorneys for Plaintiffs*

*Attorneys for Defendants*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Date: 2/15/11

{LV020060;1}

2